# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **EVADA SHAREY DOUCET** | : | **CIVIL ACTION NO. 21-cv-01047** |
| **VERSUS** | : | **JUDGE TERRY A. DOUGHTY** |
| **WAX IT TODAY LLC** | : | **MAGISTRATE JUDGE KAY** |

### REPORT AND RECOMMENDATION

Before the court is a Complaint filed by Evada Sharey Doucet, alleging employment discrimination. Doc. 1. Plaintiff filed a motion to proceed *in forma pauperis*. Doc. 2. The court ordered that plaintiff supplement the motion by providing particulars as to her financial condition by May 7, 2021. Doc. 3. The court also ordered that the plaintiff amend her complaint to describe in her own words the employment practices of which she is complaining. Doc. 3. Although plaintiff has submitted documents regarding her rent and a copy of the position statement defendant provided to the Equal Employment Opportunity Commission, (Doc. 4), she did not provide all of the information as ordered.

By order dated June 17, 2021, the court advised plaintiff that she would have until July 22, 2021, to amend her submissions to appropriately respond to the order (Doc. 3), or to submit the filing fee. The court also notified plaintiff that "Failure to pay as ordered will result in a Report and Recommendation being made to the court that the matter be dismissed for failure to pay filing fees." Doc. 6. On review of the record, the undersigned finds that the plaintiff has neither paid the filing fee nor amended her submissions as ordered.

-2-

For the reasons stated **IT IS RECOMMENDED** that this matter be **DISMISSED** for failure to pay filing fee.

THUS DONE AND SIGNED in Chambers this 25th day of August, 2021.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE