UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| EVADA SHAREY DOUCET | CIVIL ACTION NO. 2:21-CV-01047 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| WAX IT TODAY, LLC | MAG. JUDGE KATHLEEN KAY |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a <u>de novo</u> review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this matter is **DISMISSED WITHOUT PREJUDICE** for failure to pay the filing fee. Although Plaintiff provided additional information with her objection, she has neither paid the filing fee nor amended her submissions as ordered.

Monroe, Louisiana, this 8th day of September 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE